

← (J) James Banks Big ...  ⏮ 📞 ⋮

**Wednesday, Sep 7 • 11:58 AM**

RCS chat with James Banks

REC'D AUG 24

Robert, it's Jim from Biglots. I just checked the system and saw you have not completed the application process. Let me know when you have completed the steps. Thanks

11:58 AM

**Thursday, Sep 8 • 4:46 PM**

Hello Jim! This is Robert Austin. Did ypu get all of the online i⬇rmation that you needed to hire me??

⊕ 🖼 | RCS message      ☺ 🎤

  

  🕐 📶 81% 🔋 11:22 AM

← Ⓙ James Banks Big ...  📹  📞  ⋮

Thursday, Sep 8 • 4:46 PM

Hello Jim! This is Robert Austin. Did ypu get all of the online information that you needed to hire me?? Thanks!

Yes, I sent your background check in.  I'll check on it tomorrow when I get back to work. Thx

Monday, Sep 12 • 5:21 PM

Hello Jim! This is Robert Austin. I am checking to see if my background came in. I put my tw↓eek notice in today. Thanks!

   RCS message  ☺  🎤

  <  ⟨  ⬭



←   (J)   James Banks Big ...   📹   📞   ⋮

**Thursday, Sep 8 · 4:46 PM**

Hello Jim! This is Robert Austin. Did ypu get all of the online information that you needed to hire me?? Thanks!

Yes, I sent your background check in.  I'll check on it tomorrow when I get back to work. Thx

**Monday, Sep 12 · 5:21 PM**

Hello Jim! This is Robert Austin. I am checking to see if my background came in. I put my tw ↓ eek notice in today. Thanks!

⊕   🖼   | RCS message    ☺   🎤

    ‹    ⬭  

Screenshot_20230813-112355.png

← J James Banks Big ... 🎥 📞 ⋮

Texting with James Banks (SMS/MMS)

To work a penn psych center we had to buy a FBI check to work there 2018-2019. I still have a copy if this is helpful

RCS chat with James Banks

Tuesday, Sep 13 • 9:32 AM

Background check just came back as passed. Let me know when you want to start training.  Thx

Hello Jim!! I can do Friday after 3 pm or Saturday around 11 a hanks!!

⊕ 🖼 RCS message ☺ 🎤

1/1

Screenshot_20230813-112404.png

⊠ ⅄ ◎ ⊕ LE LE LE LE ▦    ⏱ 4⁺ᴳ 80% ∎ 11:24 AM

← (J) James Banks Big ...   ◻◗   ☎   ⋮

**That is fine**

Tuesday, Sep 20 • 3:55 PM

Robert, writing the next schedule tomorrow.  Are we good to go to give you a full schedule starting Monday the 26th?

Yes but they want me to come in Monday 26 for supervision. Can you schedule me in at 12pm on Monday. Then I can work the regular shifts after that. Thanks!!!

↓

Ok

⊕   🖼   RCS message        ☺   🎤

  

 

← J  James Banks Big ...  📹  📞  ⋮

That is fine

Tuesday, Sep 20 • 3:55 PM

Robert, writing the next schedule tomorrow. Are we good to go to give you a full schedule starting Monday the 26th?

Yes but they want me to come in Monday 26 for supervision. Can you schedule me in at 12pm on Monday. Then I can work the regular shifts after that. Thanks!!!

↓

⊕ 🖼 RCS message  ☺ 🎤

 ‹

 



 James Banks Big ...

**Thanks!!!**

Monday, Sep 26 • 6:41 AM

Robert, I have you scheduled at noon today to complete the training.  I am off today, but Dieter will be there to help you clock in and set you up in the computer. I'll see you tomorrow. Good luck today learn alot

Monday, Sep 26 • 11:24 AM



10 am tomorrow??

Monday, Sep 26 • 12:47 PM

 RCS message

1/1

  ☒ ⚒ ◎ ⚘ LE LE LE LE 📅                    ⏰ 4G 📶 80% 🔋 11:25 AM

← Ⓙ James Banks Big ...   📹   📞   ⋮

Monday, Sep 26 • 12:47 PM

Have Dieter show you the
schedule.

Ok! Thanks!

Friday, Oct 7 • 9:34 AM

Morning!!! Do you have the
new schedules made up
yet?

Not yet writing it today

Ok! Should I come in later in
the day to 🔽 up??

⊕  🖼  | RCS message          ☺  🎤

  ▪     ‹          ▭

1/1

You'll get an email when the schedule is posted and it will show you your shifts

Ok email to my personal email. robertaustin716@gmail.com

Wednesday, Nov 30 • 8:06 PM

Hey Jim. This is Robert. I need to make a doctor's appointment next week. Will you have the schedule made up on this Friday?

Yes. I'll have the schedule completed by   d of day tomorrow

RCS message



⊠ ⚓ ◎ ⚙ LE LE LE LE LE ▦      ⏰ 4G 79% 🔋 11:26 AM

←   J   James Banks Big ...   📹   📞   ⋮

Morning!! This is Robert.
Do still need me to work.
Today?? I was told Diert
that you left a note telling
him that you didn't need
me to work, the he told me
that you texted him. I guess
I am not welcome at biglots
anymore.

That's not true. Kat had
asked off for Friday and
they accidentally thought
it was Katie on Saturday.
I have some extra hours
today. If you still want to
work 1-5 it's OK. I'm in Ohio
so you'll have to let Dieter
know I said you can work

⊕   🖼    RCS message    ☺   🎤



Screenshot_20230813-112655.png

← (J) James Banks Big ...  📹  📞  ⋮

the 2nd in command tried do to me. But, but, Please don't talk to NO ONE UTILL you talk to me. There were some things that happened at the store while you were on vacation and on Wednesday 1-3-2023. I was questioned about if I seen some money that was rolled up in a biglots receipt, but i watched this back room manager roll the money up in their receipt and put in their pocket and the camara did too... on 1-3-2023 I had to protect myself so I had to tell my therapist and psychiatris ↓ cause I have

⊕  🖼  | RCS message     ☺  🎤

Screenshot_20230813-112655.png

← J Janes Banks Big ...

the 2nd in command tried do to me. But, but, Please don't talk to NO ONE UTILL you talk to me. There were some things that happened at the store while you were on vacation and on Wednesday 1-3-2023. I was questioned about if I seen some money that was rolled up in a biglots receipt, but i watched this back room manager roll the money up in their receipt and put in their pocket and the camara did too... on 1-3-2023 I had to protect myself so I had to tell my therapist and psychiatris ↓ cause I have

RCS message



← J James Banks Big ...

psychiatrist because I have a mental illness. I am in a protected class. I am sorry that you had to find out this way by about me. You are a good guy to me. I have documentation though my therapist on Biglots from 3 months back. I just want to work for you. I will ride or die for you. The situation is retaliation at it's best right now sin e I told tbat you 2nd in command told I stole money. I will see you today, to just to talk for now. I don't want this matter to go between me and you. Getting high management is a mess. Only me and

RCS message

11:27 AM    79%

**J    James Banks Big ...**

psychiatrist because I have a mental illness. I am in a protected class. I am sorry that you had to find out this way by about me. You are a good guy to me. I have documentation though my therapist on Biglots from 3 months back. I just want to work for you. I will ride or die for you. The situation is retaliation at it's best right now sin e I told tbat you 2nd in command told I stole money. I will see you today, to just to talk for now. I don't want this matter to go between me and you. Getting high management is a mess. Only me and

RCS message

  LE LE LE LE 🕐 4G 79% 11:27 AM

← J James Banks Big ... 📹 📞 ⋮

is a mess. Only me and you!!!!!!!!!!!!!!!! The 2nd in command only speaks to me when you are here. The loss prevention man was at the store on 1-3-2023 as well. I was also told by the 2nd command if I till alot it looks like I am stealing.  The 2nd in command is really trying to get me fired over "MONEY!!!". Let's talk. The 2nd in command is already in violationtion of the ADA American with Disability Act. Due to telling me stole money in which is a felony that is federal a fence. I feel very de ↓ ssed when I come to work. This has

⊕ 🖼 RCS message ☺ 🎤

   

☒ ⚹ ◎ ⛬ LE LE LE LE ▦          ⏱ 4G⁺ ⚏ 79% 🔋 11:27 AM

← (J) James Banks Big ...  ◻◀  📞  ⋮

trying to get me fired over "MONEY!!!". Let's talk. The 2nd in command is already in violationtion of the ADA American with Disability Act. Due to telling me stole money in which is a felony that is federal a fence. I feel very depressed when I come to work. This has affected me producing getting awards and surveys.

Let's talk about this in the back office when you finish your shift today

Are you going to fire me??

⊕  🖼️     |RCS message

◻     <          ⬭





Screenshot_20230813-112756.png

☒ ⚒ ◎ ⚛ LE LE LE LE LE ▦          ⏱ 4G▦ ⏾ 79% ▮ 11:27 AM

← (J) James Banks Big ...   📹   📞   ⋮

I'll be in Thursday morning. The MGR at Norristown had a heart attack and I have to go and get the store ready for inventory Wed. Sorry for the inconvenience

Ok!! Jim all you have to do is document me telling you you Dieter Gahler and Joan Abercrombie accused me of stealing money. I never stole money from biglots. Remember Dieter started this. In know way dieter should have told me that " I want to give you the heads up that there was a lot of money missing from

⊕  ▣  RCS message      ☺  🎤





⊠ ⚚ ◎ ⊕ LE LE LE LE ▦          ⏰ 4G⁺ .ıl 79% 🔋 11:28 AM

← J James Banks Big ...    ▭◁    ☎    ⋮

Dieter told me this on next scheduled day I worked. Jim you cant hide from this. I wanted this to stay with me and you, but since it involves 2 managers this is a problem. Call Margaret. If you don't call Margaret you are right in the line of fire. Dont protect these managers you know they did wrong. Remember what you told me when i told you Dieter told me there wss money missing from the register on Saturday. "You said I want to here this from Dieter.ji" Cover yourself call Margaret. T ↓ is the safest

⊕  🖼    RCS message        ☺    🎤

 <  ⫿    ⊂⊃

← J  James Banks Big ...  📹  📞  ⋮

Thursday, Jan 26 • 5:11 PM

Hello this is Robert Austin. There was some miscommunication between myself and section 8. The apartment will not be available for me until the first of March. Section 8 just called me about a half hour ago. Section 8 dropped the ball on this one. Did I do something wrong that you cut my hours???

Thursday, Jan 26 • 6:26 PM

No. I had to reduce the budget this w⌁ ⌁. My hours were cut to 35, usually get

⊕  🖼  |RCS message  ☺  🎤

← J  James Banks Big ...  📹  📞  ⋮

Thursday, Jan 26 • 5:11 PM

Hello this is Robert Austin. There was some miscommunication between myself and section 8. The apartment will not be available for me until the first of March. Section 8 just called me about a half hour ago. Section 8 dropped the ball on this one. Did I do something wrong that you cut my hours???

Thursday, Jan 26 • 6:26 PM

No. I had to reduce the budget this we ..., My hours were cut to 35, usually get

⊕  🖼  RCS message  ☺  🎤

 ✂ ✉ ⊙ ⚓ LE LE LE LE LE ▦              ⊙ 4G⃫ 📶 78% 🔋 11:29 AM

← ⓙ  James Banks Big ...  📹  📞  ⋮

I just said no.  I'm not upset.
I just don't have as many
hours as I was getting the
past few weeks

Section8 said February 1
then then said march 1

Ok. I'm going to call Kennett
Square tomorrow and see
what availability they have
for you

Ok

Sunday, Jan 29 • 5:35 PM

 Hey Jim. Th⬇s Robert

⊕  🖼  RCS message        ☺  🎤

   ‹        ⬭



⏰ 4G 78% 📶 11:29 AM

← Ⓙ James Banks Big ... 📹 📞 ⋮

Sunday, Jan 29 • 5:35 PM

Hey Jim. This is Robert Austin. Is my transfer still happening <u>March 1 2023</u>??

The MGR WAS off when I called the other day. I'll call again tomorrow

Monday, Jan 30 • 10:01 AM

I just spoke to the store manager at Kennett Square and he said he can most likely use you and get as many hours as possible based on your availability. He said to cal ↓ n on

⊕ 🖼 RCS message ☺ 🎤

  <

  78% 11:29 AM

← J James Banks Big ...

Sunday, Jan 29 • 5:35 PM

**Hey Jim. This is Robert Austin. Is my transfer still happening March 1 2023??**

The MGR WAS off when I called the other day. I'll call again tomorrow

Monday, Jan 30 • 10:01 AM

I just spoke to the store manager at Kennett Square and he said he can most likely use you and get as many hours as possible based on your availability. He said to call _ n on

  RCS message

  78% 11:29 AM

← J  James Banks Big ...

Sunday, Jan 29 • 5:35 PM

Hey Jim. This is Robert Austin. Is my transfer still happening March 1 2023??

The MGR WAS off when I called the other day. I'll call again tomorrow

Monday, Jan 30 • 10:01 AM

I just spoke to the store manager at Kennett Square and he said he can most likely use you and get as many hours as possible based on your availability. He said to call him on

RCS message

   

⊠ ⚒ ⊚ ⚛ LE LE LE LE ▤    ⏲ ⁴ᴳ .ıl 78% ▮ 11:29 AM

← ⓙ James Banks Big ...    ◻ ☏ ⋮

...manager at Kennett square and he said he can most likely use you and get as many hours as possible based on your availability. He said to call him on Wednesday 610-925-5093

What is his name?? And I can't transfer until March 1, 2023

He knows that and I didn't catch his name.  Just ask for the store manager

RCS chat with James Banks

I still can't transfer until March 1 because the

⊕ 🖾    RCS message    ☺ ⏺

  ⟨ ⊂⊃

  🖂 ⚆ LE LE LE LE LE 🗎          ⏰ 4G 📶 78% 🔋 11:29 AM

← J James Banks Big … 📹 📞 ⋮

I still can't transfer until March 1 because the apartment is not available yet.

He knows that

Tuesday, Jan 31 • 3:31 PM

Hey your still to keep on the schedule to March 1???

Tuesday, Jan 31 • 4:52 PM

Yes, you'll be on the schedule until 3/1

 ↓        Thanks

⊕ 🖼 RCS message          ☺ 🎤

  ‹

← (J) James Banks Big ...   📹   📞   ⋮

Wednesday, Feb 1 • 2:56 PM

Hey Jim This is Robert Austin. I just called the store manager down to Kennett and there is a calling restriction on the phone number you texted me.

If you're calling from the store, you have to dial 9 first

No my phone

Not sure then. Search the store phone number on the internet and make sure you have the right number

↓

⊕  🖼   RCS message      ☺   🎤





78% 11:29 AM

← (J) James Banks Big ... ◻️📹 📞 ⋮

Friday, Feb 3 • 3:45 PM

Ok!! I am sorry to tell you this but I didn't not get the apartment so i would like to stay at the Phoenixville store.

Friday, Feb 3 • 4:54 PM

Ok that should be OK. I haven't replaced you yet

Thursday, Feb 9 • 9:58 AM

Morning Jim. Yesterday Christine was using my number to t'l Thanks

↓

⊕ 🖼️    RCS message    ☺ 🎤

   

⊠ ⚹ ◎ ⚘ LE LE LE LE ▦          ⏰ ⚡78% 🔋 11:30 AM

←   (J)   James Banks Big ...  ◻️🎥  📞   ⋮

**Will I be able to get my 28.5 hours in??**

Yes.  I will make <u>next</u> <u>Saturday</u> the 18th as one of your days off and then on the next schedule I will make Sunday the 19th one of your days off.  Getting you the whole weekend of the 18-19 off

Friday, Feb 24 • 5:51 PM

**Hello!! <u>Yesterday</u> 2/23/2023. If I needed money for my register I was short on giving mon⬇️back to the**

⊕   🖼️   RCS message   😊   🎤

Screenshot_20230130_105722.png

78% 11:30 AM

← J  James Banks Big ...  📹  📞  ⋮

**Will I be able to get my 28.5 hours in??**

Yes.  I will make <u>next</u> <u>Saturday</u> the 18th as one of your days off and then on the next schedule I will make Sunday the 19th one of your days off.  Getting you the whole weekend of the 18-19 off

Friday, Feb 24 • 5:51 PM

**Hello!! <u>Yesterday 2/23/2023.</u> If I needed money for my register I was short on giving mon⌄ ack to the**

⊕  🖼  RCS message  ☺  🎤



til on my employee ID #.
Joan or Darine and these
to are managers. They both
could just could open the
drawer using their key but
they use my number. Today
Joan Abercrombie was out
of uniform. I asked her why
don't you have your big lots
shirt and name tag on? It
took Joan a few seconds
to think about her anwer.
Joan Abercrombie said
Oh you can wear a black
shrit on. Then I said where
is your name tag? Joan
said it is on my sweater.
Later on Joan had her
name tag on The question
I have for you is why does

RCS message

 

← (J) James Banks Big ... 📹 📞 ⋮

products and Joan told to write down the product # on the fruit gallons drinks they were the wrong. Darine said to use 810 # but I did what Joan told me she is the warehouse manager and the manager on duty at that time. Today I needed 5's for my for my register and Joan gave me 5's and took 2 20 bills and placed side ways in the locked drawer. I asked her why did do that ? And mumbled I could not make out what Joan said. I did log out and Joan used her key to unlock the ↓wer but the other times Joan tilled on

⊕ 🖼 RCS message ☺ 🎤

Screenshot_20230813_113044.png

← (J) James Banks Big ... 📹 📞 ⋮

could not make out what Joan said. I did log out and Joan used her key to unlock the drawer but the other times Joan tilled on my number so it would look like I was tilling. Just. think we would not be talking if Dieter did not lie about me stealing money out the cash register. Now I must humbly plead the 5th.

Monday, Feb 27 • 9:07 AM

Hello Jim!! This is Robert Austin.. I need to request off March 5 2023. I just got word I have ↓ apartment. I want to get my 28 5 in for

⊕ 🖼 RCS message ☺ 🎤

  



 ⏰ 📶 77% 🔋 11:31 AM

← (J) James Banks Big … 📹 📞 ⋮

**Monday, Feb 27 • 9:07 AM**

Hello Jim!! This is Robert Austin.. I need to request off March 5 2023. I just got word I have an apartment. I want to get my 28.5 in for the week.

**Wednesday, Mar 8 • 5:04 PM**

Hey Jim! This is Robert Austin. This morning Dieter told me that lost provention found that the store is money missing at the end of the night but he does not know how the store is missing money and how much. I am going to consult

⊕ 🖼️    RCS message    😊 🎤

    ❮    ⬭

  ⏰ 4G 77% 📶 11:31 AM

← (J) James Banks Big ...  📹  📞  ⋮

**Monday, Feb 27 • 9:07 AM**

Hello Jim!! This is Robert Austin.. I need to request off March 5 2023. I just got word I have an apartment. I want to get my 28.5 in for the week.

**Wednesday, Mar 8 • 5:04 PM**

Hey Jim! This is Robert Austin. This morning Dieter told me that lost provention found that the store is money missing at the end of the night but he does not know how the store is missing money and how much. I am going to consult

⊕  🖼  RCS message  ☺  🎤

  <

⊠ ⚒ ⊙ ⊛ LE LE LE LE LE 🖿          🕔 📶 77% 🔋 11:31 AM

←   (J)   James Banks Big ...   📹   📞   ⋮

> this will stop. I bave more than enough evidence. The question is " WHY AM I JUST HEARING THIS FROM DIETER and not Jim?? Just before I left work Dieter said I had a $5.00 bill in with the $20.00's. I told Dieter that was not me and I can count. I feel that Dieter is harassing me.

5:04 PM • 📧

> Jim This is Robert Austin. The next time I see you I will show you my receipt from the uhaul and a signed copy of my new lease.

↓



⊕   🖾   RCS message    ☺   🎤

▯   ⚒   ‹   LE LE LE LE 🖿    ⬭

⊠ ⨯ ◎ ⊕ LE LE LE LE ▦          ⏰ 4G⁺ 77% 🔋 11:31 AM

← (J) James Banks Big ...   📹   📞   ⋮

this will stop. I have more than enough evidence.
The question is " WHY AM I JUST HEARING THIS FROM DIETER and not Jim?? Just before I left work Dieter said I had a $5.00 bill in with the $20.00's. I told Dieter that was not me and I can count. I feel that Dieter is harassing me.

5:04 PM · ✅

Jim This is Robert Austin. The next time I see you I will show you my receipt from the uhaul and a signed copy of my new lease.

↓





⊕  🖼   RCS message        ☺  🎤

🗈 ⨯ ‹          ⬭

📧 ⚒ 📷 ⊕ LE LE LE LE 🗓    🕐 4G 📶 77% 🔋 11:31 AM

← Ⓙ James Banks Big ...    📹 📞 ⋮

Tuesday, Mar 21 • 9:52 AM

Hello Jim!! Now I think it time to tell you this. Last Saturday 3/11/23 I was on register 1 and Dieter was on register 3. Dieter had 3 customers that had shopping baskets. 3 times Dieter throws the 3 baskets at me from register 3 to register 1 hitting the behind me. Dieter was tying to hit was these 3 baskets but the baskets never hit me. I am going to tell you this as well. Today 3/18/23 I was adressed as " YOU " by Christine m___y times. At first I told Christine I have a

⊕ 🖼 RCS message    ☺ 🎤

  



← J James Banks Big ... 📹 📞 ⋮

Tuesday, Mar 21 • 9:52 AM

Hello Jim!! Now I think it time to tell you this. Last Saturday 3/11/23 I was on register 1 and Dieter was on register 3. Dieter had 3 customers that had shopping baskets. 3 times Dieter throws the 3 baskets at me from register 3 to register 1 hitting the behind me. Dieter was tying to hit was these 3 baskets but the baskets never hit me. I am going to tell you this as well. Today 3/18/23 I was adressed as " YOU " by Christine many times. At first I told Christine I have a

⊕ 🖾 RCS message ☺ 🎤

 ‹ ⊂⊃

James Banks Big ...

name and it is Robert so use it, but Christine kept calling me " YOU " all day until she had to leave. Christine said Robert is is time for me to go. Jim your employees act a fool when you you are not in the store. Dieter had me doing recovery 3/18/23 and he always kept asking me on the walkie "Robert where are you at?" And Jim you had me scheduled for cashiering on 3/18/23. Than you told Dieter on the instruction sheet over this past weekend. 3/18/2023 - 3/19/2023 to rework the paper and t paper Dieter had me do it while

RCS message

← (J) James Banks Big ...  📹  📞  ⋮

Sunday, Mar 26 • 5:38 PM

Hello Jim!! This is Robert Austin. I have noticed that I am being watch by Joan Abercrombie warehouse manager, Dieter Gahler assistant store manager, Joseph Ennis furniture manager Darine Aouadi front end manager , Jarrett Benoit furniture sales floor associate and Christine Rozinski store associate. Jim since the only card you can play is No food or drink at the registers so I will follow you rule but I let these mana gers think that I am on my phone but it is

⊕  🖼  RCS message  ☺  🎤

James Banks Big ...

off I am looking at a blank screen. On Wednesday 3/22/23 when Christine came to replace me she had a soda at the register Christine broke the rule. So I know this rule was just for me. Oh!! My sleep aid will not let me wake up that early in the morning to work on Sunday. I know you send this text as a group text to all store employees. On 3/25/23 it was the the end of my shift. It was about 3:56 pm Jarrett walks up to me and said Robert wait over there he was pointing to where the doctor are til

  

RCS message



← (J) James Banks Big ...  📹  📞  ⋮

last customer Jarrett was working on my number. In the mean time I walked to you Jim and showed you how many rewards I got today it was 8. I still dont know if Jarrett plugged in his number after he finished my my last customer. All employees must be working on getting awards cards and surveys, not Robert Austin. This past week 3/19/23 I have gotten around 17 to 19 awards cards on my own, plus I was mention on 3 surveys that week and Jim you gave me 250 points on Exclaim yes ↓ day.

⊕  🖼  RCS message  ☺  🎤



 

(J) James Banks Big ...   🎥   📞   ⋮

← 

**Thursday, Mar 30 • 1:01 PM**

Hey Jim!! This is Robert Austin. I want to talk to you about your letter you posted on the counter earlier this week. You were talking about money shortages. You said they were shortages of $15.00, $30.00 and $20.00. I didn't believe that at all because the average person would had said $15.00, $20.00 then $30.00. Your sequence was not believable know I don't take a out the regi er un customer pa s wit

RCS message

 

← (J) James Banks Big ...  📹  📞  ⋮

the average person would had said $15.00, $20.00 then $30.00. Your sequence was not believable. As you know I don't take any money out the register unless a customer pays with cash. And I don't ever take money out the register when I have $50's, $100's and if I even have alot of $20's. I always ask Joan or Darine to make a drop for me in the black box, you might call it a safe as I stand back always. On Monday Dieter came to me and said " Mr. Austin the companie has new rules you c ↓ wear your

⊕  🖼  RCS message  ☺  🎤

  

   

⊠ ⚘ ◎ ✿ LE LE LE LE LE ▤     ◷ 4G⁺ 77% 11:32 AM

←   (J)   James Banks Big ...   📹   📞   ⋮

the average person would had said $15.00, $20.00 then $30.00. Your sequence was not believable. As you know I don't take any money out the register unless a customer pays with cash. And I don't ever take money out the register when I have $50's, $100's and if I even have alot of $20's. I always ask Joan or Darine to make a drop for me in the black box, you might call it a safe as I stand back always. On Monday Dieter came to me and said " Mr. Austin the companie has new rules you c↓ wear your

⊕   🖼   RCS message    🙂   🎤

    

⊠ ⚔ ◎ ✦ LE LE LE LE LE 🗐     🕐 4G 📶 77% 🔋 11:32 AM

←   (J)   James Banks Big ...   📹   📞   ⋮

the average person would had said $15.00, $20.00 then $30.00. Your sequence was not believable. As you know I don't take any money out the register unless a customer pays with cash. And I don't ever take money out the register when I have $50's, $100's and if I even have alot of $20's. I always ask Joan or Darine to make a drop for me in the black box, you might call it a safe as I stand back always. On Monday Dieter came to me and said " Mr. Austin the companie has new rules you c↓ wear your

⊕   🖼    RCS message    😊   🎤

← J  James Banks Big ...  ◻  ☎  ⋮

anymore."  Is that a real a d true rule that the Big Lots corporation came up with or was that Rule .ade up by Dieter Gahler made up.I took off my jacket and hat. Today 3/28/2023 Jarrett had on a hat since I got there at 2:30pm. That was tbe prefect opportunity for me to take a picture of Jarrett wearing his hat. I know I will need this picture down the road. I was being watched again by Joan, Darine, Dieter , Jarrett and Cindy Dauber. I told you I have been watched before. Is enough, ↓ ugh?? I get rewards and surveys no

⊕  ▦  RCS message  ☺  ⎁

8/16/23, 3:24 PM                              Screenshot_20230813-113304.png

 ⊠ ⚡ ◎ ⚙ LE LE LE LE LE ▦          ⏱ 4G 📶 77% 🔋 11:33 AM

← Ⓙ  James Banks Big ...  📹  📞  ⋮

appointment that afternoon. And you told me that you would cut my hours but you cut me 1/2 hour this week.

Monday, Apr 3 • 3:46 PM

Hello Jim!! This is Robert Austin. Can you tell me why I can't have anything to drink or eat up front but Christine can and Joan can eat on the floor. Christinehad her drink up front while Dieter was standing RIGHT next to her. My therapist tells me that is a voiation of my civil rights.

Tuesday, Ap.. .1 • 3:33 PM

⊕  🖼  RCS message          ☺  🎤

   ⟨    ⬭

8/16/23, 3:12 PM    Screenshot_20230813-113313.png

☒ ⚒ ◎ ⚘ LE LE LE LE 🖽        ⏰ ⁴ᴳ📶 77% 🔋 11:33 AM

← (J) James Banks Big ...  📹  📞  ⋮

Tuesday, Apr 11 • 3:33 PM

Hello Jim! This is Robert Austin.  Last night 4/6/23 a $50.00 bill grew feet and walked right out my drawer. However I did see Cindy. made a drop on my number with Dieter standing RIGHT there. Today 4/10/2023 I seen you, Dieter and Joan watching me today. Jim are you trying to say I can't do my cashier job. And why was Joan working in the same rug area for the past 2 weeks and she was watching me work. Jim you are looking to find something to fire over. And

⊕  🖼  RCS message      ☺  🎤

 ⟨  ⟨⎯⟩

https://drive.google.com/drive/search?q=august 14

8/16/23, 3:13 PM                                    Screenshot_20230813-113313.png

 ☉ 4G 77% 11:33 AM

← J James Banks Big ...  📹  📞  ⋮

Tuesday, Apr 11 • 3:33 PM

Hello Jim! This is Robert Austin.  Last night 4/6/23 a $50.00 bill grew feet and walked right out my drawer. However I did see Cindy. made a drop on my number with Dieter standing RIGHT there. Today 4/10/2023 I seen you, Dieter and Joan watching me today. Jim are you trying to say I can't do my cashier job. And why was Joan working in the same rug area for the past 2 weeks and she was watching me work. Jim you are looking to find something to fire over. And

⊕ 🖼  RCS message  ☺  🎤

    

8/16/23, 3:24 PM                    Screenshot_20230813-113318.png

☒ ⚒ ◎ ⚙ LE LE LE LE 🗒              ⏰ 4⁵ᴳ �llı 77% 🔋 11:33 AM

← (J)  James Banks Big ...  📹  📞  ⋮

Thursday, Apr 13 • 12:23 PM

Hello, Jim this is Robert Austin. Do you expect me to think that George the lost provention man for Big lots is Margaret's boss. Likely story. Big lots management have a good imagination. You can try to pull a fast one on me, but it won't work. I see my therapist today and after I see him I am mailing all the paperwork, emails and texts to the EEOC unless my thearpist tells me t... off. because I told ...have a men... lline ...am in a protected...

RCS message

⊕  🖼

☒  ‹           ⌷

☇ ✉ ⊙ ⚛ LE LE LE LE ▦ · ⊙ 4G⁺ ⏴ 77% ▮ 11:33 AM

← (J) James Banks Big ...  ◻◤  ☎  ⋮

the federal government. It is called the (ADA) AMERICAN WITH DISABILITIES ACT.
The EEOC will come and investigate, review the video tapes when I worked after they get my therapy notes dated back from September 2022 when I first started,one of your employees will drop a dime under that kind of pressure.
Also the EEOC find out what George's true title is. I will give Big Lots a chance to forget about all of this, just like I will.

Saturday, ( ↓ )5 · 7:25 PM

⊕  🖼  RCS message  ☺  🎤

11:33 AM · 77%

← (J) James Banks Big ...

Saturday, Apr 15 · 7:25 PM

Hey Jim! This is Robert Austin. I wanted to talk to you today because you said you have a open door policy. I didn't see you on the floor to much today. I asked Darine today "Where is Jim?" Darine said "Jim is in the cash room watching you on the camera." I don't know how true that is but this is what Darnie said to me.

No I wasn't. I was looking at applications and getting the back cash ↓ ⟩m ready for tonight I never once



RCS message ☺ 🎤



← 🅙 James Banks Big ...   📹   📞   ⋮

at applications and getting
the back cash room ready
for tonight.   I never once
looked at the monitors.

Not looking at applications
to replace you. Looking to
replace some of the part
time kids who aren't working
much anymore

Tuesday, Apr 18 • 6:43 PM

Hello Jim! Yesterday 4/17/23,
I was talking to Joan behind
the registers and as I was
talking to Joan and she had
her fingers on the speaker
button on the walkie talkie.
At the time only Dieter was

⊕  🖼   RCS message        ☺   🎤



← (J) James Banks Big ...   📹   📞   ⋮

the way Dieter was talking to Joan about Katie this morning. Look Jim the way Dieter talked about Katie was pure evil. Dieter said he told Katie yesterday to do a job and he showed Katie how to do the job. I dont need to tell you what was said just ask Katie. Katie came in while Dieter was going off about Katie to Joan. Only I knew Katie was in the store so Katie ducked down behind the rug doctor and listened to what Dieter was saying. After Dieter stopped talking bad / evil about Katie ↓ t as Dieter

⊕  🖼   RCS message   ☺  🎤

Screenshot_20230813-113425.png



⏰ 4G 76% 🔋 11:34 AM

← Ⓙ James Banks Big ...  📹  📞  ⋮

the way Dieter was talking to Joan about Katie this morning. Look Jim the way Dieter talked about Katie was pure evil. Dieter said he told Katie yesterday to do a job and he showed Katie how to do the job. I dont need to tell you what was said just ask Katie. Katie came in while Dieter was going off about Katie to Joan. Only I knew Katie was in the store so Katie ducked down behind the rug doctor and listened to what Dieter was saying. After Dieter stopped talking bad / evil about Katie ⬇ t as Dieter

⊕ 🖼  RCS message  ☺  🎤

 ‹

⊠ ⚒ ◎ ⚙ LE LE LE LE ▦    ⏰ 4G⁺ 76% ▮ 11:34 AM

← (J) James Banks Big ...  ◻ ☎ ⋮

and says to as he slams the dust mop to the and said to Katie "Here Jim wants you to dust mop!" I just at Dieter for how he acted. Later on Dieter is on the walkie and said Katie did you get that rug I told to get and are you still dust mopping? The lady I waiting on said to me "Did he just say that?" Katie wanted to quit (walkout). I tried to reason with here but that only lasted 10 minutes and Katie walked out. The way Dieter talked about Katie if that was me I would of walked out too..

↓

Wednesday, Apr 26 • 4:09 PM

⊕ ▣   RCS message   ☺ ⬙

⊠ ✂ ◎ ⌘ LE LE LE LE ▦                    ⏰ ⁴ᴳ ⁄ 76% ▮11:34 AM

← Ⓙ  James Banks Big ...   ▢◀   ☏   ⋮

Wednesday, Apr 26 • 4:09 PM

Hello Jim this is Robert Austin. Today I needed $1.00 bills. I asked Joan to get the ones. I logged out and Joan would not open the register manual. Joan made log back in to till to get the ones. I will say this I heard Joan call Darine to the cashroom this morning before this tilling happened.

Sunday, Apr 30 • 10:35 PM

On 4/29/23 I took r that the black box ajar under r ster



⊕  🖼  RCS message

▫  ‹  ⬭

 76% 11:34 AM

← J James Banks Big ...  📹  📞  ⋮

### Sunday, Apr 30 • 10:35 PM

On 4/29/23 I took notice that the black box safe was ajar under register 1 so I called up Darine to show that the safe was not lock correctly. Someone could break open the safe with a pencil. Dieter told Darine that there was $1000.00 in cash was in the black safe below register #1. The question I have is why is that amount of cash up front

### Wednesday, May 10 • 10:59 AM

↓

Hello Jim this is Robert

⊕  🖼️  RCS message  ☺  🎤

   



⊠ ⚡ ◎ ⬡ LE LE LE LE ▦    ⏰ 4⁵ᴳ �.ᵣₗ 76% 🔋 11:35 AM

← (J) James Banks Big ...    📹    📞    ⋮

The drawer was fine off 10 cents

Wednesday, Jun 7 • 2:40 PM

Hello this is Robert Austin. I just asked Dieter if he was coming to count my drawer? Dieter said with a firm "NO!" IF Dieter claims me draw was short. I is a "LIAR!!!"

I'm off today.  I just spoke to Dieter and he is going to count the drawer afte finished with his cust



↓    🖉

🗑

⊕ 🖼    RCS message

◾ ⚡ ⟨    ⊂⊃

← (J) James Banks Big ...   📹   📞   ⋮

Friday, Jun 9 • 8:32 AM

Hello Jim!! This is Robert Austin. I do not like the fact that I can not be there while my is being counted. I do not like when Dieter counts my drawer as well because Dieter accused me of stealing my in the past. That became to be a lie anyway. So when I come in today I don't want to hear that my drawer was short. If the drawer is short I want to see the camera footage. I have the right to face m by law. In plain wor a set up an onsp it's best an y th

⊕  🖼️   RCS message



J  James Banks Big ...

drawer was short. If the drawer is short I want to see the camera footage. I have the right to face my accuser by law. In plain words this a set up and conspiracy at it's best and my therapist said the same thing yesterday.The question I have is why doesn't anyone want to touch computer while I am on it ?? And I always get Darine or Joan to make my drops in the black safe. I just put the money in the register. Remember I have 9 months of documentation on person t ↓ works at

RCS message

    





J  James Banks Big ...  📹  📞  ⋮

months of documentation on person that works at BigLots Phoenixville thur my Therapists and psychiatrist.

It doesn't matter what you like or don't like.  If you are not doing anything wrong, them you have nothing to worry about. We count the drawer at the end of the shift.  Once your shift is over, you can leave.  So far this week we have had no cash handling issues.  Stop worrying about it

Wednesday, Jun 21 • 10:18 AM



⊕  🖼  RCS message  ☺  🎤

  



←    J    James Banks Big ...  📹  📞  ⋮

months of documentation on person that works at BigLots Phoenixville thur my Therapists and psychiatrist.

It doesn't matter what you like or don't like.  If you are not doing anything wrong, them you have nothing to worry about. We count the drawer at the end of the shift.  Once your shift is over, you can leave.  So far this week we have had no cash handling issues.  Stop worrying about it

Wednesday, Jun 21 • 10:18 AM
↓



⊕  🖻     RCS message    ☺  🎤

   

    🕐 76% ▮ 11:35 AM

← (J) James Banks Big ...  📹  📞  ⋮

Wednesday, Jun 21 • 10:18 AM

Hello Jim. This is Robert Austin. I just seen the new schedule made up. I requested off 6/30/23 in the computer on 6/12/23. I need that day off. I dont know why my request was denied. I put the request in on plenty of time.

Ok it's just a mistake it wasn't denied I'll fix it.  Calm down!

Thursday, Jun 22 • 10:48 AM

   RCS message  😊  🎤

   ＜  ⬭

Screenshot_20230813-113616.png

←   (J)   James Banks Big ...   📹   📞   ⋮

**Thursday, Jun 22 • 10:48 AM**

Texting with James Banks (SMS/MMS)

> Hello Jim! I just got here at ten on Joan put me on register #1 and I just did a cash purchase and there is about 50 in $1.00 bills in there. Yesterday my therapist told me to report anything odd to you immediately. I know your off today SORRY!! I told Joan about this and she blamed it on Dieter.

**Saturday, Jul 29 • 8:49 AM**

> Hello Jim. This is Robert Austin. There is no manager

⊕   🖼    RCS message    ☺   🎤



📧 ⚔ 📷 ⚙ LE LE LE LE 🗒    ⏰ 📶 76% 🔋 11:36 AM

← (J) James Banks Big ...    📹   📞   ⋮

Saturday, Jul 29 • 8:49 AM

Hello Jim. This is Robert Austin. There is no manager here to open up yet.

I just read the text you set Darine. I guess that means I am fired

Why would you say you're fired?  I just asked her to keep a running total of totes that we sell and how many rewards we sign up.  I just asked her why she was late this morning.  I said nothing about you being in trouble?

↓

⊕   🖼   RCS message        ☺   🎤

🔲   ⚔   ‹        ⬭

  ☒ ☆ ◎ ⊕ LE LE LE LE 🗒     ⏰ 4G 📶 75% 🔋 11:36 AM

← (J) James Banks Big ...  📹  📞  ⋮

Wednesday • 8:19 AM

**Hello I**

**Hello Jim this is Robert Austin. I overslept this morning. I will be in asap**

I'm off today

Wednesday • 12:42 PM

**Hello Jim! This is Robert Austin. Shianna Wolfe just can in the store and accused me of talking bad about her and her son in front Darine and customers and she was really loud**

   ⊕  🖼  RCS message   ☺  🎤

☒ ☆  ‹  ⬭

 

     4G 75% 11:36 AM



← (J) James Banks Big ...    ◻️🎥    📞    ⋮

Thursday • 8:03 PM

Hello Jim!! This is Robert Austin. I will take the open shift on the 8/13/ 23 10:30am to 3:30pm

Adam picked it up already

Ok

Yesterday • 8:47 PM

Hello Jim! This is Robert Austin. That talk we had was non sence. You tried to tell my co workers complain about me because I talk about them  owever I only

⊕  🖼️    RCS message        ☺  🎤

   ‹      ⬭

https://drive.google.com/drive/search?q=august 14

Screenshot_20230813-113654.png



⌧ ⤫ ◎ ⊛ LE LE LE LE 🗒   ⏱ 4G⁺ ⫶ 75% ▮ 11:36 AM

←   Ⓙ   James Banks Big ...   ◻◀   ☎   ⋮

Yesterday • 8:47 PM

Hello Jim! This is Robert Austin. That talk we had was non sence. You tried to tell my co workers complain about me because I talk about them. However I only talk about people if it is FACT. It must be true. You also said some of my co workers feel uncomfortable around me and that is most likely that I have a mental illness. Then you tried to cover up the verbal harassment that Shiann did to me on 8/9/2023 with her verbal harassment. Then on 8/10/2023 you

⊕   🖾   RCS message   ☺   🎤

  

  LE LE LE LE LE    🕐 4G 75% ■ 11:36 AM

← (J) James Banks Big ...    📹    📞    ⋮

mental illness. Then you tried to cover up the verbal harassment that Shiann did to me on 8/9/2023 with her verbal harassment. Then on 8/10/2023 you tried to cover what Shiann did to me. What did you say " Shiann must of had a problem at home and came here and took it out on you. Do you think I believe you? No!! After Shiann verbally harassed me Jarrett Benoit came up to me and Shiann

Using freedom of speech tell Jarrett to prove this in a court of law.

⊕    🖼    RCS message    ☺    🎤

     ‹    ◯

 **Gmail**

Robert Austin <robertaustin716@gmail.com>

## accused
2 messages

**Robert Austin** <robertaustin716@gmail.com>        Tue, Feb 14, 2023 at 7:54 AM
To: isisilli@biglots.com
Cc: sjackso1@biglots.com
Bcc: mwelsh@biglots.com

Ok! where do I begin? I guess I will start from the beginning. I don't recall the date but it was the first Saturday I worked at store #5441 in Phoenixville. I worked my shift as one of the cashiers and went home. The next Monday I was confronted by the assistant manager Dieter Gahle and he said to me " Robert I want to give you a heads up on Saturday night there was a lot on Money missing from the register. I am thinking this guy is accusing me of a federal crime. Dieter never tells me how much money was missing. I am thinking that the camara sees all. A few days later Carol Bednarczlk comes to me and asked me "Did anyone find that missing money?" I told Carol The camara sees All. I put this this in the back of my mind and I wait for one day when James Banks and I opened up alone and I told Jim about Dieter accusing me of stealing money and the words dieter used. Jim said I want to hear it for Dieter. The next time when Dieter and I opened up Dieter was inside of the doors when the carts are just eye balling me down with a nasty look on his face. When I walked in, I asked Dieter why are you looking at me that way. Dieter tells me I just was making sure you got to work time. And this guy is always later punching in.

    Jim told me that this would be confidential, but it never kept confidential. Every Employee and manager knew about this. I started texting Jim on how I felt about how Jim handled. Ask Jim to see the texts I sent him. I still have mine you are welcomed to read them. I think the loss prevention guy came to see the video to see if I was stealing money twice. I think his name is George. Employees and the manager are trying to build a case up to get me fired. I don't drop the money in the black box anymore I get Darine Aouadi or Joan Abercrombie to do it. Now Joan questioned me about her missing money. I remember this day it was January 3, 2023 Joan return some items and I gave back cash Joan takes the money rolls it in the receipt and puts in her back pocket. Later that morning Joan comes back to me and asked me if I saw her money wrapped in a receipt? I said no you rolled id up and put it in your back pocket and the camera seen her do it too. However, Carol gets down on her hands and knees and looks under the counter just knowing there was no money under the counter.

    When this problem all started Jim avoided me. Jim knew he was in a rock and a hard place. When I open in the morning and the manager brings the money to start the day, I try to stay 5 miles away until all the money is in the registers. I am a golden employee I get mentioned in most of the surveys. And just this past Saturday I got 10 rewards in less than 6 hours and my reward was 250 exclaim points. No one will ever beat my record but me because I am a great salesman. I can sell salt to a slug. I think I was cheated in exclaiming points. This past Sunday when I came in I was called a liar by Christine Rozinski. She did not believe that I got 10 rewards in 6 hours. She was heated. She behaved in a childlike way. It was unjust. Is there any way you can get Christine to take a shower regularly? She sinks. You should see the dirt packed in her nails. Now Katrina Perez on 2/13/2023 she left the wal had a line and like on the counter so when I needed backup she could not hear me. The other week Katie was at the counter and I had a line instead of helping me. Katie cleaned the trash can lid. A few weeks ago Carol came to me and said that I was talking to me indirectly.She said JIm will cut your hours until you quit. Now I believe that because that is what Jim did to Pete. Jim Cut him down to 9 hours a week until Pete quit. Jim might be trying to do the same to me because I have been working a lot of weekends lately. When It comes to Joseph Ennis I can only say one word " lazy! " To talk about Darine When I need her to come up front she talks down to me " What Robert? " every time. When Steve Jackson Came to the store I was left in the dark on why he was coming to the store. When Steve was there I answered the phone that there was a cop asking for him. I thought I was getting arrested because I thought someone told Steve I was stealing money. However, everybody else knew Steve was coming to the store because a customer thought that there was a camera in the ladies restroom. I love my job and I want to keep my job. At times when I need to drop Money I ask for a manager and I get surrounded by Cynthia Baldassano, Carol and Jarrett Benoit. Then I tell them I asked for a manager not an audience then they all walk away. There is something I want to talk about in person.

**Jackson, Steve** <sjackso1@biglots.com>        Tue, Feb 14, 2023 at 3:04 PM
To: Robert Austin <robertaustin716@gmail.com>

Hi Robert,

I've asked Pam Urban, our HR manager to reach out to you. She should be able to assist you, but if not, please feel free to reach back out to me.

Thanks,

**Steve Jackson** | Regional Market Manager |

Northeast Region  |  **Big Lots!** |

p: (201)414-2480

f: (614)278-1231

---

**From:** Robert Austin <robertaustin716@gmail.com>
**Sent:** Tuesday, February 14, 2023 7:54 AM
**To:** isisilli@biglots.com
**Cc:** Jackson, Steve <sjackso1@biglots.com>
**Subject:** [EXT] accused

## This Message Is From an Untrusted Sender

You have not previously corresponded with this sender.

Ok! where do I begin? I guess I will start from the beginning. I don't recall the date but it was the first Saturday I worked at store #5441 in Phoenixville. I worked my shift as one of the cashiers and went home. The next Monday I was confronted by the assistant manager Dieter Gahle and he said to me " Robert I want to give you a heads up on Saturday night there was a lot on Money missing from the register. I am thinking this guy is accusing me of a federal crime. Dieter never tells me how much money was missing. I am thinking that the camara sees all. A few days later Carol Bednarczlk comes to me and asked me "Did anyone find that missing money?" I told Carol The camara sees All. I put this this in the back of my mind and I wait for one day when James Banks and I opened up alone and I told Jim about Dieter accusing me of stealing money and the words dieter used. Jim said I want to hear it for Dieter. The next time when Dieter and I opened up Dieter was inside of the doors when the carts are just eye balling me down with a nasty look on his face. When I walked in, I asked Dieter why are you looking at me that way. Dieter tells me I just was making sure you got to work time. And this guy is always later punching in.

Jim told me that this would be confidential, but it never kept confidential. Every Employee and manager knew about this. I started texting Jim on how I felt about how Jim handled. Ask Jim to see the texts I sent him. I still have mine you are welcomed to read them. I think the loss prevention guy came to see the video to see if I was stealing money twice. I think his name is George. Employees and the manager are trying to build a case up to get me fired. I don't drop the money in the black box anymore I get Darine Aouadi or Joan Abercrombie to do it. Now Joan questioned me about her missing money. I remember this day it was January 3, 2023 Joan return some items and I gave back cash Joan takes the money rolls it in the receipt and puts in her back pocket. Later that morning Joan comes back to me and asked me if I saw her money wrapped in a receipt? I said no you rolled id up and put it in your back pocket and the camera seen her do it too. However, Carol gets down on her hands and knees and looks under the counter just knowing there was no money under the counter.

 **Gmail**

Robert Austin <robertaustin716@gmail.com>

## Manager's
1 message

**Robert Austin** <robertaustin716@gmail.com>                    Mon, Feb 20, 2023 at 3:39 PM
To: purban@biglots.com

On 2/17/2023 Joan Abercrombie said she was the warehouse person. I know when managers are trying to wiggle out of something bad that they have done. Well... Joan Abercrombie's title is the warehouse manager. Dieter Gahler title is the Assistant store manager, Joseph Ennis is the furniture manager, Darine Aouadi is the front end manager and as we all know James " Jim " Banks is the Store Manager and the District trainer. I just want to point these titles out so the manager doesn't forget what part they played in this situation. I did not forget that the Vice President of Stores Lenny Sisilli is aware of the original email I sent to him as well on 2/14/2023.

Just think I would not be talking to Pamela J. Urban HR Market Resources Leader | Northeast Region 33 , Steve Jackson | Regional Market Manager and Lenny Sisilli Vice President of Stores if Dieter Gahler didn't lie about me stealing money. Now I must be the most humble and plead the 5th.

 Gmail                                          Robert Austin <robertaustin716@gmail.com>

## Mental Health Diagnosis

3 messages

**Robert Austin** <robertaustin716@gmail.com>                         Sun, Jul 9, 2023 at 1:33 PM
To: purban@biglots.com

Hello Pam! This is Robert Austin from the Phoenixville pa store # 5441. On Friday June 9, 2023 I hand delivered  this letter of my diagnosis from Human Services where I receive treatment to James "Jim" Banks. I think that Jim did not send this letter to you. That Jim had in his possession since June 9, 2023. Jim should have sent this letter to you immediately. After the letter was given to Jim the harassment from all of the store managers and 1 employee and this employee sinks, you should see all of the heavy dirt packed into this employee's finger nails.

 **RALETTER.pdf**
666K

**Urban, Pam** <PUrban@biglots.com>                                  Tue, Jul 18, 2023 at 1:27 PM
To: Robert Austin <robertaustin716@gmail.com>

Hi Austin… hope you are doing well.

Appreciate you reaching out. Just want to make sure I am not missing something that you need.  Are you looking for accommodations?  Or if not, how can I assist you?  Also you mentioned that after the letter was given to Jim the harassment from all the store managers and 1 employee.  Can you elaborate on this and/or call me to discuss. Then you mentioned all the dirt packed into employee's finger nails.  Not sure I understand.

Please advise when you have a moment and if you choose instead to verbally discuss, let me know how to reach you, what number and when works best for you.

Thanks again! Appreciate You!

*~Pamela J. Urban*

Regional Human Resource Manager | Northeast – Region 33

Office: 614-278-4963 | Fax: 614-278-1796 | purban@biglots.com

**From:** Robert Austin <robertaustin716@gmail.com>
**Sent:** Sunday, July 09, 2023 1:33 PM
**To:** Urban, Pam <PUrban@biglots.com>
**Subject:** [EXT] Mental Health Diagnosis

 Gmail

Robert Austin <robertaustin716@gmail.com>

## Verbal Harassment
1 message

**Robert Austin** <robertaustin716@gmail.com>　　　　　　　　Sat, Aug 12, 2023 at 8:13 PM
To: "Urban, Pam" <purban@biglots.com>

Hello Pam, This Robert Austin from store # 5441 in Phoenixville Pa. On 8/9/2023 Shiann Wolf came in the store when she was not scheduled  and came behind register # 1 and started verbally harassing me over a he said/ she said kid stuff. Shiann said that I told an Employee that she was going to get her car repossessed and talked badly about her and her son. Shiann came to the store just to confront me. And Shiann did this in front of Customers and Darine Aouadi, the front end manager. I tried to text James " Jim " Banks but it did not go through for some.reason. On 8/10/2023 when I came in Jim told me to come back to the office with him. Jim started saying that I talk about people, I only talk about someone when it is TRUE FACT. It has to be fact. Jim also said that employees Complain about me. THe issue I have is why is the issue of employees complaining about me.Than what are their names?, by law I have the right to face my accuser(s) Then Jim said I make some employees feel uncomfortable, but I don't know how or does it  have to do with my mental illness?? I asked Jim, did you hear about what happened with Shiann's verbal harassment towards me? Jim came up with this crazy out of the ballpark theory. Jim said that " maybe Shiann had a bad day or something happened at home and Shiann came to the store just to take it out on you. " Jim's story is just not believable.This email may come in handy for me down the road. Why do I get harassed every day I work? Right after Shiann Wolf verbally harassed me, Jarrett Benoit walked up to me and said that Shiann just spoke out freedom of speech. I told you that I wanted to talk to you in the store face to face but you told me what time I should call you?. I need to bring a family member to listen in on this meeting. If the meeting even happens. Thanks!!